United States District Court

For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   MALINKA TACUMA WADE MOYE,                          No. C 09-03892 WHA

            Plaintiff,

11

    v.

12

    CITY AND COUNTY OF SAN FRANCISCO,        **ORDER RE REQUEST**

13                                                                **TO SHOW VIDEOTAPE**

            Defendant.

14   _____/

15   ALL RELATED CASES

                                                      /

16

17          The Court is in receipt of plaintiff's request to show a videotape at the hearing on

18   December 17, 2009.  The Court does not have the facilities to play the videotape in the

19   courtroom during the hearing.  Plaintiff may bring a spare copy of the videotape for the judge to

20   review after the hearing but this copy will not be returned to plaintiff.

21

22          **IT IS SO ORDERED.**

23

24   Dated: December 10, 2009.        _____

25                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

26

27

28